ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

FILED ___ LODGED
✓ RECEIVED ___ COPY
AUG 2 3 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
SEALED

United States of America
v.

Ivan Gonzalez

*Defendant*

Case No. 17-1634 MJ

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ivan Gonzalez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count One - 21 USC § 841 Possession of a Controlled Substance With Intent to Distribute
Count Two - 21 USC § 952, 960, and 963 Importation of a Controlled Substance

Date: 8/21/2017

*Issuing officer's signature*

City and state: Yuma, Arizona

Hon. James F. Metcalf, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/17, and the person was arrested on *(date)* 8/22/17
at *(city and state)* San Luis, AZ.

Date: 8/23/17

*Arresting officer's signature*

Efrain Velazquez
*Printed name and title*