ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. 51656
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.: 17-1634 MJ |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| Ivan Gonzalez, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Sheila Phillips is substituted in place of Assistant United States Attorney Joshua Kolsrud in the above captioned case.

Respectfully submitted this 23rd day of August 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*/s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the above filing date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: TBD