✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ICG~ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ivan Gonzalez,<br><br>　　　　　Defendant. | NO. CR-17-01202-PHX-DGC(ESW)<br><br>**INDICTMENT**<br><br>VIO:　21 U.S.C. § 841(a)(1) and (b)(1)(B)(i)<br>(Possession with the Intent to Distribute 100 Grams or More of Heroin, a Controlled Substance)<br>**Count One**<br><br>21 U.S.C. §§ 952(a), 960(a)(1) and (b)(2)(A)<br>(Importation of 100 Grams or More of Heroin, a Controlled Substance)<br>**Count Two** |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about July 4, 2017, at or near Yuma, Arizona, within the District of Arizona, the defendant, IVAN GONZALEZ, knowingly and intentionally possessed with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(i).

## COUNT TWO

On or about June 29, 2017, at or near San Luis, Arizona, within the District of Arizona, the defendant, IVAN GONZALEZ, did knowingly and intentionally import 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, from the Republic of Mexico into the United States.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and (b)(2)(A).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: September 5, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/S/
SHEILA PHILLIPS
Assistant U.S. Attorney