FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Ivan Gonzalez,<br><br>　　　　Defendant. | No. CR-17-01202-001-PHX-DGC<br><br>**CONSENT OF DEFENDANT** |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒　　Change of Plea Hearing

☐　　Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this __14th__ day of __March__, 2018.

_____
Ivan Gonzalez
Defendant

_____　　　　　　　_____
Benjamin R. Good　　　　　　　　　　　　Sheila Phillips
Counsel for Defendant　　　　　　　　　　Assistant U.S. Attorney