IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br>     Plaintiff, <br> vs. <br> Ivan Gonzalez, <br>     Defendant. | CR-17-01202-PHX-DGC <br> **ORDER** |

Upon motion of the defendant, no objection from the government, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing set for June 25, 2018 is continued to July 31, 2018 at 3:30 p.m.

Dated this 11th day of April, 2018.

_____
David G. Campbell
United States District Judge