IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CR 17-01202-01-PHX-DGC ) ) |
| Ivan Gonzalez, | ) ORDER CONTINUING SENTENCING ) |
| Defendant. | ) ) |

Upon request of the U. S. Probation Officer and good cause appearing, IT IS HEREBY ORDERED:

  X        Continuing sentencing until September 5, 2018 at 4:30 p.m.

Dated this 13th day of July, 2018.

_____
David G. Campbell
United States District Judge