IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>  vs.<br>Ivan Gonzalez,<br>        Defendant. | CR-17-01202-PHX-DGC<br>**ORDER** |

Upon motion of the defendant, no objection from the government, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing hearing set for September 5, 2018 is continued to _____, 2018 at _____ .

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.