IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Ivan Gonzalez,<br><br>　　　　Defendant. | CR-17-01202-PHX-DGC<br><br>**ORDER** |

　　　　Upon motion of the defendant, no objection from the government, and good cause appearing,

　　　　IT IS HEREBY ORDERED that the sentencing hearing set for September 5, 2018 is continued to September 25, 2018 at 4:30 p.m.

　　　　Dated this 9th day of August, 2018.

_David G. Campbell_
David G. Campbell
Senior United States District Judge